UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DENNIS PACK, et al.,

        Plaintiffs,

v.

BENJAMIN STANLEY, et al.,

        Defendant.

CIVIL ACTION FILE

NO. 1:10-cv-2200-AT

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of defendants' Irene Le-Won Kim, John Shupenko and Merrill Lynch's motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action is **dismissed**.

Dated at Atlanta, Georgia, this 15th day of April, 2013.

                          JAMES N. HATTEN
                          DISTRICT COURT EXECUTIVE
                          and CLERK OF COURT

                          By:  s/Barbara D. Boyle
                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  April 15, 2013
James N. Hatten
Clerk of Court
By: s/B. D. Boyle
      Deputy Clerk